

# CT Corporation

**Service of Process Transmittal**
07/26/2018
CT Log Number 533765729

**TO:** Paulina Dabek
Siemens Gamesa Renewable Energy Wind, LLC
1150 Northbrook Dr Ste 150
Feasterville Trevose, PA 19053-8449

**RE:** Process Served in Iowa

**FOR:** Siemens Gamesa Renewable Energy, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JACOB HORN, PLTF. vs. AIRWAY SERVICES, INC. AND SIEMENS GAMESA RENEWABLE ENERGY, INC., ETC., DFTS. |
| **DOCUMENT(S) SERVED:** | Notice, Petition, Attachment(s) |
| **COURT/AGENCY:** | IOWA DISTRICT COURT FOR WEBSTER COUNTY, IA<br>Case # LACV320159 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - 03/09/2017 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Des Moines, IA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/26/2018 at 14:45 |
| **JURISDICTION SERVED:** | Iowa |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service of this original notice upon you (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Jerry L. Schnurr III<br>SCHNURR LAW FIRM, P.C.<br>822 Central Avenue<br>Suite 405<br>Fort Dodge, IA 50501<br>515-576-3977 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air, 1ZX212780106937856<br><br>Image SOP<br><br>Email Notification, Paulina Dabek  paulina.dabek@siemensgamesa.com<br><br>Email Notification, Brenda Pence  brenda.pence@siemensgamesa.com<br><br>Email Notification, Kirk Johnson  kirk.johnson@siemensgamesa.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 400 East Court Avenue<br>Suite 110<br>Des Moines, IA 50309 |
| **TELEPHONE:** | 602-277-4792 |

Page 1 of 1 / SC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



EXHIBIT A

# IOWA DISTRICT COURT FOR _____WEBSTER_____ COUNTY

JACOB HORN,
Plaintiff(s)

vs.
AIRWAY SERVICES, INC. AND
SIEMENS GAMESA RENEWABLE ENGERY, INC. F/K/A
SIEMENS WIND POWER, INC.,
Defendant(s)

CASE NO. _____

ORIGINAL NOTICE

TO THE ABOVE-NAMED DEFENDANT(S):

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant(s) in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The name(s) and address(es) of the attorney(s) for the plaintiff(s) (is) (are) Jerry L. Schnurr III, 822 Central Ave., Ste. 405, Fort Dodge, IA 50501.
The attorney's(') phone number(s) (is) (are) _____515-576-3977_____ facsimile number(s) 515-576-0941.

You are further notified that the above case has been filed in a county that utilizes electronic filing. Unless, within 20 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file a motion or answer, in the Iowa District Court for _____Webster_____ County, at the courthouse in _____Fort Dodge_____, Iowa, judgment by default will be rendered against you for the relief demanded in the petition. Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at _____(641) 421-0990_____. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942)

**IMPORTANT: YOU ARE ADVISED TO SEEK LEGAL ADVICE TO PROTECT YOUR INTERESTS.**

© The Iowa State Bar Association 2018
IowaDocs®

Form No. 301, Original Notice for Personal Service
Revised January 2016

# STATE OF IOWA JUDICIARY

Case No. **LACV320159**
County **Webster**

Case Title **JACOB HORN V AIRWAY SERVICES, INC & SIEMENS GAMESA**

THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:
http://www.iowacourts.state.ia.us/Efile

FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16: http://www.iowacourts.state.ia.us/Efile

Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (641) 421-0990 . (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)

Date Issued **07/19/2018 04:13:20 PM**



District Clerk of Webster County
/s/ Laura Jacobson

IN THE IOWA DISTRICT COURT FOR WEBSTER COUNTY

| | | |
|---|---|---|
| JACOB HORN, | : | |
| **Plaintiff,** | : | NO. |
| -vs- | : | PETITION AND JURY DEMAND |
| AIRWAY SERVICES, INC. and SIEMENS GAMESA RENEWABLE ENERGY, INC. f/k/a SIEMENS WIND POWER, INC. | : : | |
| **Defendants.** | : : | |

COMES NOW the Plaintiff, Jacob Horn, and for his cause of action against the Defendants states:

## COUNT I

### WRONGFUL TERMINATION

1. Jacob Horn is a resident of Webster County, Iowa.

2. Defendant, Airway Services, Inc. (Airway) is a corporation organized under the laws of the State of Texas that is doing business within Iowa and within Webster County, Iowa.

3. Defendant, Siemens Gamesa Renewable Energy, Inc. (Siemens) is a corporation organized under the laws of the State of Delaware that was formerly known as Siemens Wind Power, Inc., also a Delaware corporation, both of which are authorized to and are conducting business within Iowa and within Webster County, Iowa.

4. Plaintiff, Jacob Horn, was employed by Airway and Siemens from June 2016 until the date of his discharge on March 9, 2017.

5. Defendant Airway is an agent of Siemens.

6. Jacob Horn made complaints of safety violations by Airway and Siemens including violations of state and federal safety laws and rules.

7. Plaintiff was called for jury duty in February 2017 and was called to Court for jury duty on or about February 28, 2017.

8. Defendants each or in concert with each other terminated Jacob Horn's employment on or about March 9, 2017.

9. The termination of Jacob Horn's employment on March 9, 2017 violated Iowa law in one or more of the following particulars:

    a. The termination of Jacob Horn's employment was in retaliation for his complaints of safety violations to Airway and Siemens.

    b. The termination of Jacob Horn's employment was in retaliation for his service on jury duty in February 2017 in the Iowa District Court for Webster County.

10. As a direct and proximate result of the action by Defendants in terminating Jacob Horn in violation of Iowa law, the Plaintiff has been injured and damages in one or more of the following particulars:

    a. Loss of wages and benefits;

    b. Emotional pain and suffering and embarrassment;

11. The damages herein exceed $10,000.00.

**WHEREFORE,** Plaintiff prays for judgment against the Defendants in an amount that will fairly, adequately and fully compensate him for all injuries, damages and losses plus interest and the costs of this action.

## COUNT II

## PUNITIVE DAMAGES

**COMES NOW** Plaintiff and for his cause of action against Defendants for punitive damages states:

12. Plaintiff, Jacob Horn, re – pleads paragraphs 1 through 11 of Count I by this reference as if fully set out herein.

13. Defendants' wrongful termination of the Plaintiff's employment was in reckless and wanton disregard of the Plaintiff's rights.

14. Plaintiff is entitled to punitive and exemplary damages in an amount that will punish and deter these Defendants and like Defendants from similar conduct.

**WHEREFORE,** Plaintiff prays for judgment against the Defendants for punitive and exemplary damages in an amount that will punish and deter these Defendants and similarly situated Defendants from similar conduct in the future plus all legal interests and the costs of this action.

## JURY DEMAND

COMES NOW Plaintiff and hereby demands a Trial by Jury of all issues herein.

SCHNURR LAW FIRM, P.C.

*[signature]*

JERRY L. SCHNURR III   AT0006994
822 Central Avenue, Suite 405
Fort Dodge, IA 50501
515/576-3977; Fax: 515/576-0941
jschnurr@frontier.com

**Attorney for Plaintiff**